THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BECHTEL NATIONAL, INC., a Nevada corporation, <br><br> Defendant. | NO.   C17-842-TSZ <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Elizabeth R. Kennar of Summit Law Group PLLC, attorneys for Defendant, Bechtel National, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own costs.  This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period encompassed by this action, December 2016 and January 2017, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages,

interest, attorney's fees and costs for any period other than December 2016 and January 2017.

DATED this 1st day of September, 2017.

REID, McCARTHY, BALLEW &.
LEAHY, L.L.P.

SUMMIT LAW GROUP PLLC

_/s/Russell J. Reid_
Russell J. Reid, WSBA #2560
Attorney for Plaintiff

_/s/Elizabeth R. Kennar_
Elizabeth R. Kennar, WSBA #25432
Attorney for Defendant

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own costs of suit. This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys fees for the time period encompassed by this action, December 2016 and January 2017, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than December 2016 and January 2017.

//

ORDER ENTERED this 7th day of September, 2017.

Thomas S. Zilly
United States District Judge

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY,
L.L.P.

By /s/Russe J. Reid
    Russell J. Reid, WSBA #2560
    Attorneys for Plaintiff